# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTOPHER E. HANEY,<br>　　　　　Plaintiff, | : | CIVIL ACTION |
| v. | : | NO. 16-6186 |
| MEGAN J. BRENNAN, et al.,<br>　　　　　Defendants. | : | |

## ORDER

**AND NOW**, this 31st day of July 2019, upon consideration of Defendants' Motion for Summary Judgment [Doc. No. 63] and the responses and replies thereto, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that the Motion is **GRANTED**, and Plaintiff's Second Amended Complaint is **DISMISSED WITH PREJUDICE**. The Clerk is directed to **CLOSE** the case.

　　　　It is so **ORDERED**.

　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　 **/s/ Cynthia M. Rufe**
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　**CYNTHIA M. RUFE, J.**